```
             UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Carol A. Grant

    v.                        Civil No. 07-cv-30-JL

Town of Atkinson, et al.

ORDER

    Re: Document No. 41, Motion to Compel Attorney Pandolph to Cease Obstruction of Discovery and Motion to Produce Subpoena

    Ruling: Denied without prejudice. Plaintiff's counsel's reply to Lucent's objection is completely inappropriate and unacceptable in both tone and content. Rather than hold a show cause hearing as to why sanctions should not be imposed against plaintiff and plaintiff's counsel, the motion to compel is denied without prejudice to the filing of a clear, concise motion for relief, free of accusations and other unhelpful characterizations of counsel for Lucent.

                                        /s/ Joseph N. Laplante
                                        Joseph N. Laplante
                                        U.S. District Judge

Date:  March 5, 2008

cc:  Anthony Rozzi, Esq.
     Garry Lane, Esq.
     Daniel Schwarz, Esq.
     William Pandolph, Esq.